

**FILED**

JAN 0 6 2022

Clerk, U.S District Court
District Of Montana
Great Falls

**BENJAMIN D. HARGROVE**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Benjamin.Hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22- 01 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PROHIBITED PERSON IN POSSESSION OF A FIREARM<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |
| CHASE DAVID CARMODY,<br><br>Defendant. | |
| | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about December 16, 2021, at Billings in Yellowstone County, in the State and District of Montana, the defendant, CHASE DAVID CARMODY, knowing he had been convicted on or about October 2, 2001, of a crime punishable

by imprisonment for a term exceeding one year under the laws of the United States military, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, CHASE DAVID CARMODY, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney