**BENJAMIN D. HARGROVE**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: Benjamin.Hargrove@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHASE DAVID CARMODY,**<br><br>Defendant. | **CR 22-01-BLG-SPW**<br><br>**NOTICE OF ANTICIPATED TRIAL DAYS** |

Pursuant to the Scheduling Order dated February 3, 2022, the United States files this notice advising the Court and counsel that the United States anticipates the government's case in chief for the trial scheduled to start on April 4, 2022, will take approximately one (1) day to complete.

1

DATED this 7th day of February, 2022.

                              LEIF M. JOHNSON
                              United States Attorney

                              */s/ Benjamin D. Hargrove*
                              BENJAMIN D. HARGROVE
                              Assistant U.S. Attorney