**BENJAMIN D. HARGROVE**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: Benjamin.Hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **CHASE DAVID CARMODY,**  Defendant. | CR 22-01-BLG-SPW  **DECLARATION OF PUBLICATION** |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was advertised on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 25, 2022, and ending on March 26, 2022.   (Attachment 1.)

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2022, at Billings, Montana.

>LEIF M. JOHNSON
>United States Attorney
>
>*/s/ Benjamin D. Hargrove*
>BENJAMIN D. HARGROVE
>Assistant U.S. Attorney
>Attorney for Plaintiff