Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# COURT CASE NUMBER: 1:22-CR-00001; NOTICE OF FORFEITURE

Notice is hereby given that on February 23, 2022, in the case of <u>U.S. v. Chase David Carmody</u>, Court Case Number 1:22-CR-00001, the United States District Court for the District of Montana entered an Order condemning and forfeiting the following property to the United States of America:

Mossberg Model 500 A 12 Gauge Shotgun SN:K003014 (22-FBI-001438) which was seized from Chase David Carmody on January 06, 2022 in Billings, MT

Mossberg Pump Action 12 Gauge Shotgun SN:T590943 (22-FBI-001440) which was seized from Chase David Carmody on January 06, 2022 in Billings, MT

Ruger Model 10/22 Carbine .22 Caliber Rifle SN:244-61702 with collapsible stock and bipod (22-FBI-001441), including the following items: 1 Ruger 10/22 Carbine .22 Caliber rifle SN:244-61702, Ser No: 244-61702; 1 Collapsible stock for Ruger 10/22 Rifle, Ser No: N/A; 1 Bipod for Ruger 10/22 Rifle, Ser No: N/A which was seized from Chase David Carmody on January 06, 2022 in Billings, MT

Marlin Model 336 RC 30-30 Caliber Rifle SN:H24025 (22-FBI-001442) which was seized from Chase David Carmody on January 06, 2022 in Billings, MT

Rossi Rio Grande 30-30 Caliber Rifle SN:SS107975 w/Bushnell Scope (22-FBI-001443), including the following items: 1 Rossi Rio Grande 30-30 Caliber Rifle SN:SS107975, Ser No: SS107975; 1 Bushnell scope for Rossi Rio Grande 30-30 Rifle, Ser No: N/A which was seized from Chase David Carmody on January 06, 2022 located in Billings, MT

Savage 93R17 17 Caliber Rifle SN:0069017 w/Bushnell Scope (22-FBI-001444), including the following items: 1 Savage 93R17 17 Caliber Rifle SN:0069017, Ser No: 0069017; 1 Bushnell Scope from Savage 93R17 Rifle, Ser No: N/A which was seized from Chase David Carmody on January 06, 2022 at located in Billings, MT

Savage Arms Stevens Model 940 16 Gauge Shotgun SN:Unknown (22-FBI-001445) which was seized from Chase David Carmody on January 06, 2022 located in Billings, MT

Kel-Tec Model P11 9mm Pistol SN:A9E14 (22-FBI-001447) which was seized from Chase David Carmody on January 06, 2022 at in Billings, MT

Colt Exercito Brasileior .45 Caliber Pistol SN:10224 (22-FBI-001448) which was seized from Chase David Carmody on January 06, 2022 located in Billings, MT

Ruger Model Mark II .22 Caliber Pistol SN:213-20413 (22-FBI-001449) which was

seized from Chase David Carmody on January 06, 2022 located in Billings, MT

Para Ordnance 45 Caliber Pistol SN:PG012774 (22-FBI-001451) which was seized from Chase David Carmody on January 06, 2022 in Billings, MT

Ruger Model Redhawk .44 Magnum Revolver SN:503-36643 (22-FBI-001452) which was seized from Chase David Carmody on January 06, 2022 located in Billings, MT

Smith & Wesson Model 1000 12 Gauge Shotgun SN:FC01384 (22-FBI-001454) which was seized from Chase David Carmody on January 06, 2022 located in Billings, MT

Miscellaneous Rounds of Ammunition and Magazines. (22-FBI-001458), including the following items: 1 Winchester .45 Caliber Round, Ser No: N/A; 1 Magazine removed from Colt 45 Pistol, Ser No: N/A; 7 Rounds of Speer .45 Auto Ammunition, Ser No: N/A; 700 CCI Small Pistol Primers, Ser No: N/A; 500 CCI Large Pistol Primers, Ser No: N/A; 5 rounds of XTRA-range .410 Rifled Slugs; 31 Rounds of 16 Gauge Shotgun Shells, Ser No: N/A; 50 Rounds of 16 Gauge Shotgun Shells, Ser No: N/A; 150 rounds of 17 GR V-Max Hornady .17 HMR Ammunition, Ser No: N/A; 100 Rounds of Remington 17 HMR Ammuniiton, Ser No: N/A; 116 Rounds of CCI V-Max 17 HMR Ammunition, Ser No: N/A; 40 rounds of Federal Classic 30-30 ammunition, Ser No: N/A; 13 rounds of Winchester 30-30 ammunition, Ser No: N/A; 10 rounds of Sellier & Bellot Buck Shot, Ser No: N/A; 1475 rounds of Remington Thunderbolt .22 Ammunition, Ser No: N/A; 10 Rounds of CCI .22 Long Rifle Ammunition, Ser No: N/A; 81 Rounds of CCI 22 LR Hollowpoint Ammunition, Ser No: N/A; 325 Rounds of Federal .22 LR Ammunition, Ser No: N/A; 657 rounds of assorted .45 Caliber ammunition, Ser No: N/A; 99 Rounds of .38 Special Ammunition, Ser No: N/A; 63 Rounds of .357 Magnum Ammunition, Ser No: N/A; 268 Rounds of 38 Special Ammunition, Ser No: N/A; 93 rounds of Speer Bullets Round Balls, Ser No: N/A; 868 Rounds of Assorted 9mm ammunition, Ser No: N/A; 600 rounds of 38 Special Ammuniiton, Ser No: N/A; 4 rounds of 308 Winchester Ammunition, Ser No: N/A; 6 rounds of .357 magnum ammunition, Ser No: N/A; 1 round of 32 Auto Ammunition, Ser No: N/A; 3 rounds of Unknown Caliber, Ser No: N/A; 15 rounds of .45 Caliber Ammunition, Ser No: N/A; 4 rounds of 38 special ammunition, Ser No: N/A; 23 rounds of 44 caliber ammunition, Ser No: N/A; 30 rounds of 9mm ammunition, Ser No: N/A; 1 box of Hornady Lead Round Balls, Ser No: N/A; 18 rounds of .45 Caliber ammunition; 50 rounds of CCI .22 LR Ammunition, Ser No: N/A; 735 rounds of associated .44 ammunition, Ser No: N/A; 2 Magazines, Ser No: N/A; 20 rounds of unknown caliber ammunition, Ser No: N/A; 1 Magazine, Ser No: N/A; 10 rounds of unknown caliber ammunition, Ser No: N/A; 4 Magazines, Ser No: N/A; 40 rounds of 9mm ammunition, Ser No: N/A; 5 Magazines, Ser No: N/A; 44 rounds of .45 Caliber ammunition, Ser No: N/A; 2 Empty S&W M&P-9 magazines in original packaging, Ser No: N/A; 336 rounds of assorted shotgun ammunition, Ser No: N/a; 1 Black Nylon Belt, Ser No: N/A; 1 Green Nylon Belt, Ser No: N/A; 1 Black Nylon Pouch, Ser No: N/A; 13 Rounds of 12-Gauge Rio Ammunition, Ser No: N/A; 5 Large Ruger Magazines, Ser No: N/A; 2 Large Champion Magazines, Ser No: N/A; 1 Small Ruger Magazine, Ser No: N/A; 185 rounds of unknown caliber ammunition from magazines, Ser No: N/A which was

seized from Chase David Carmody on January 06, 2022 in Billings, MT

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 25, 2022) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 2601 Second Ave. North, Suite 1200, Billings, MT 59101, and a copy served upon Assistant United States Attorney Benjamin Hargrove, 2601 Second Ave. North, Suite 3200, Billings, MT  59101.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

    The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Benjamin Hargrove, 2601 Second Ave. North, Suite 3200, Billings, MT  59101. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 25, 2022 and March 26, 2022.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Chase David Carmody

**Court Case No:** 1:22-CR-00001
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/25/2022 | 23.8 | Verified |
| 2 | 02/26/2022 | 23.9 | Verified |
| 3 | 02/27/2022 | 23.8 | Verified |
| 4 | 02/28/2022 | 23.9 | Verified |
| 5 | 03/01/2022 | 23.9 | Verified |
| 6 | 03/02/2022 | 23.9 | Verified |
| 7 | 03/03/2022 | 23.9 | Verified |
| 8 | 03/04/2022 | 23.9 | Verified |
| 9 | 03/05/2022 | 23.9 | Verified |
| 10 | 03/06/2022 | 23.8 | Verified |
| 11 | 03/07/2022 | 23.9 | Verified |
| 12 | 03/08/2022 | 23.8 | Verified |
| 13 | 03/09/2022 | 23.9 | Verified |
| 14 | 03/10/2022 | 23.9 | Verified |
| 15 | 03/11/2022 | 23.9 | Verified |
| 16 | 03/12/2022 | 23.9 | Verified |
| 17 | 03/13/2022 | 23.9 | Verified |
| 18 | 03/14/2022 | 23.9 | Verified |
| 19 | 03/15/2022 | 23.9 | Verified |
| 20 | 03/16/2022 | 23.9 | Verified |
| 21 | 03/17/2022 | 23.9 | Verified |
| 22 | 03/18/2022 | 23.9 | Verified |
| 23 | 03/19/2022 | 23.9 | Verified |
| 24 | 03/20/2022 | 23.9 | Verified |
| 25 | 03/21/2022 | 23.8 | Verified |
| 26 | 03/22/2022 | 23.9 | Verified |
| 27 | 03/23/2022 | 23.8 | Verified |
| 28 | 03/24/2022 | 23.9 | Verified |
| 29 | 03/25/2022 | 23.8 | Verified |
| 30 | 03/26/2022 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.