**BENJAMIN D. HARGROVE**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North Suite 3200
Billings, MT 59101
Phone: (406)657-6101
FAX: (406)657-6989
E-mail: Benjamin.Hargrove@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHASE DAVID CARMODY,**<br><br>Defendant. | CR 22-01-BLG-SPW<br><br><br>**BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE** |

The United States of America has moved for a Final Order of Forfeiture, forfeiting the defendant's right, title, and interest in the property listed below, pursuant to 18 U.S.C. § 924(d); and (2); Rule 32.2, Federal Rules of Criminal Procedure. The defendant admitted the forfeiture allegation at his change of plea hearing and does not oppose the motion. L.R. CR 47.1(a).

1. On February 23, 2022, a Preliminary Order of Forfeiture (Doc. 28) was entered by the Court forfeiting to the United States any and all of

defendant's right, title and interest in the following property:

### Firearms
- Mossberg, Model 500A, 12-gauge shotgun (S/N K003014)
- Mossberg, pump-action 12-gauge shotgun (S/N T590943)
- Ruger, Model 10/22, .22 caliber carbine rifle (S/N 244-61702)
- Marlin, Model 336 RC, 30-30 caliber rifle (S/N H24025)
- Rossi, Model Rio Grande, 30-30 caliber rifle (S/N SS107975)
- Savage, Model 93R17, .17 caliber rifle (S/N 0669017)
- Savage, Stevens Model 940, Breech Action 1-gauge shotgun (S/N not visible)
- Kel Tec, Model P11, 9mm pistol (S/N A9E14)
- Colt, Model Exercito Brasileiro 1940, .45 caliber pistol (S/N 10224)
- Ruger, Model Mark II, .22 caliber pistol (S/N 213-20413)
- Para Ordnance, .45 caliber pistol (S/N PG012774)
- Ruger, Model Redhawk, 44 Magnum revolver (S/N 503-36643)
- Smith and Wesson, Model 1000, 12-gauge shotgun (S/N FC01384)

### Ammunition
- One round of .45 caliber Winchester ammunition
- Magazine with 7 rounds of Speer .45 caliber auto ammunition removed from Colt .45 pistol.
- Box with appx. 700 small pistol primers and 500 large pistol primers
- Bag containing 31 rounds of 16-gauge shotgun shells, 2 boxes of Remington Game Load 16-gauge shotgun shells
- One box with appx. 5 rounds of XTRA-range 410-gauge rifled slugs

- 150 rounds of Remington 17 GR V-Max Hornady .17 HMR ammunition
- 100 rounds of Remington .17 HMR ammunition
- 116 rounds of CCI .17 HMR TNT ammunition
- 40 rounds of Federal Classic 30-30 ammunition
- 13 rounds of Winchester 30-30 ammunition
- 10 rounds of Bellot Buck Shot
- 1,475 rounds of .22 Thunderbolt ammunition
- 10 rounds of CCI long rifle ammunition
- 81 rounds of CCI long rifle hollow point ammunition
- 325 rounds of Federal 22LR ammunition
- 657 rounds of assorted .45 caliber ammunition
- 99 rounds of Remington 38 Special ammunition
- 63 rounds of 357 ammunition
- 268 rounds of 38 special ammunition
- 93 rounds of Speer Bullets Round Balls
- 868 rounds of assorted 9mm ammunition
- 600 rounds of 38 special ammunition
- 175 rounds of assorted ammunition
- 745 rounds of assorted .44 caliber ammunition
- 13 rounds of 12-gauge Rio ammunition
- 348 rounds of assorted shotgun ammunition
- 185 rounds of assorted ammunition loaded in 5 large Ruger magazines
- 114 rounds of assorted ammunition loaded in 9mm and .45 caliber magazines

2.  The Preliminary Order of Forfeiture directed the United States Marshal Service, or its designated sub-custodian, to seize the property subject to forfeiture. It further directed the United States to publish notice of the forfeiture and the United States' intent to dispose of the property.

3.      The United States published notice of the defendant's forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.  A Declaration of Publication was filed on March 28, 2022. (Doc. 29).

4.      To date, no party has filed a Claim, a Petition for Adjudication of Interest, or otherwise claimed any interest in the subject property.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 924(d).

DATED this 28th day of April, 2022.

> LEIF M. JOHNSON
> United States Attorney
>
> */s/ Benjamin D. Hargrove*
> BENJAMIN D. HARGROVE
> Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. CR 47.2(c) the word count of the attached brief contains 562 words, excluding caption, and certificates of service and compliance.

                                     */s/ Benjamin D. Hargrove*
                                     BENJAMIN D. HARGROVE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff