# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHASE DAVID CARMODY, Defendant. | CR 22-01-BLG-SPW  FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 31). The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 19 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on February 23, 2022 (Doc. 28); and

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18

1

U.S.C. § 924(d);

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture (Doc. 31) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

**Firearms**

- Mossberg, Model 500A, 12-gauge shotgun (S/N K003014)
- Mossberg, pump-action 12-gauge shotgun (S/N T590943)
- Ruger, Model 10/22, .22 caliber carbine rifle (S/N 244-61702)
- Marlin, Model 336 RC, 30-30 caliber rifle (S/N H24025)
- Rossi, Model Rio Grande, 30-30 caliber rifle (S/N SS107975)
- Savage, Model 93R17, .17 caliber rifle (S/N 0669017)
- Savage, Stevens Model 940, Breech Action 1-gauge shotgun (S/N not visible)
- Kel Tec, Model P11, 9mm pistol (S/N A9E14)
- Colt, Model Exercito Brasileiro 1940, .45 caliber pistol (S/N 10224)
- Ruger, Model Mark II, .22 caliber pistol (S/N 213-20413)
- Para Ordnance, .45 caliber pistol (S/N PG012774)
- Ruger, Model Redhawk, 44 Magnum revolver (S/N 503-36643)
- Smith and Wesson, Model 1000, 12-gauge shotgun (S/N FC01384)

**Ammunition**
- One round of .45 caliber Winchester ammunition
- Magazine with 7 rounds of Speer .45 caliber auto ammunition removed from Colt .45 pistol.
- Box with appx. 700 small pistol primers and 500 large pistol primers
- Bag containing 31 rounds of 16-gauge shotgun shells, 2 boxes of Remington Game Load 16-gauge shotgun shells
- One box with appx. 5 rounds of XTRA-range 410-gauge rifled slugs

- 150 rounds of Remington 17 GR V-Max Hornady .17 HMR ammunition
- 100 rounds of Remington .17 HMR ammunition
- 116 rounds of CCI .17 HMR TNT ammunition
- 40 rounds of Federal Classic 30-30 ammunition
- 13 rounds of Winchester 30-30 ammunition
- 10 rounds of Bellot Buck Shot
- 1,475 rounds of .22 Thunderbolt ammunition
- 10 rounds of CCI long rifle ammunition
- 81 rounds of CCI long rifle hollow point ammunition
- 325 rounds of Federal 22LR ammunition
- 657 rounds of assorted .45 caliber ammunition
- 99 rounds of Remington 38 Special ammunition
- 63 rounds of 357 ammunition
- 268 rounds of 38 special ammunition
- 93 rounds of Speer Bullets Round Balls
- 868 rounds of assorted 9mm ammunition
- 600 rounds of 38 special ammunition
- 175 rounds of assorted ammunition
- 745 rounds of assorted .44 caliber ammunition
- 13 rounds of 12-gauge Rio ammunition
- 348 rounds of assorted shotgun ammunition
- 185 rounds of assorted ammunition loaded in 5 large Ruger magazines
- 114 rounds of assorted ammunition loaded in 9mm and .45 caliber magazines

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 29th day of April, 2022.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE